UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
GREETING CARD DEPOT, INC., a    )
Florida Corporation, WILLIAM    )
MORAN, individually, and as an  )
officer of the corporation;     )
and ROBERT RUNTE, individually, )
                                )
    Defendants.                 )
_____)

CIVIL ACTION CERTIFICATION

1.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  _____ Yes   __X__ No

                            Respectfully submitted,

                            THOMAS E. SCOTT
                            UNITED STATES ATTORNEY

                        By: /s/ Marcella Cohen Auerbach
                            MARCELLA COHEN AUERBACH
                            Assistant United States Attorney
                            Florida Bar No. 249335
                            500 East Broward Boulevard
                            Suite 700
                            Ft. Lauderdale, Florida 33394
                            Tel: (954) 356-7314, ext. 3608
                            Fax: (954) 356-7180

