# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

GREETING CARD DEPOT, INC., a
Florida Corporation; WILLIAM MORAN,
individually, and as an officer of
the corporation; and ROBERT RUNTE,
individually,

TO: (Name and Address of Defendant)

ROBERT RUNTE
Principal
Greeting Card Depot, Inc.
1800 North Powerline Road, Bldg. A-5
Pompano Beach, Florida  33069

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 1 1 2000

CLERK

BY DEPUTY CLERK

DATE