# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 00-6212

GREETING CARD DEPOT, INC., a
Florida corporation; WILLIAM MORAN,
individually, and as an officer of
the corporation; and ROBERT RUNTE,
individually,

CIV - GOLD

TO: (Name and Address of Defendant)
WILLIAM MORAN
President & Chief Executive Officer
GREETING CARD DEPOT, INC.
1800 North Powerline Road., Bldg. A-5
Pompano Beach, Florida   33069

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
MARCELLA COHEN AUERBACH
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida   33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK: Clarence Maddox

DATE: FEB 1 1 2000

BY DEPUTY CLERK