AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

GREETING CARD DEPOT, INC., a
Florida Croporation, WILLIAM
MORAN, individually, and as an
officer of the corporation;
and ROBERT RUNTE ,individually,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6212-CIV-GOLD/SIMONTON

TO: (Name and Address of Defendant)

GREETING CARD DEPOT, INC.
43 North Federal Highway
Pompano Beach, Florida  33062



**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

MARCELLA COHEN AUERBACH
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                    FEB 1 5 2000
_____                           _____
CLERK                                              DATE