AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

GREETING CARD DEPOT, INC., a
Florida Corporation, WILLIAM
MORAN, individually, and as an
officer of the corporation,
and ROBERT RUNTE, individually,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6212-CIV-GOLD/SIMONTON

TO: (Name and Address of Defendant)

WILLIAM MORAN
601 North Ocean Boulevard
Pompano Beach, Florida

FILED BY 00 FEB 15 AM 10:12

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                FEB 1 5 2000

CLERK                                          DATE

BY DEPUTY CLERK