00 MAR 28 AM 10:58

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6212-CIV-GOLD/SIMONTON

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. )
)
)
GREETING CARD DEPOT, INC., )
a Florida corporation, )
et al., )
)
    Defendants. )
_____/

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of James A. Mitzelfeld, Trial Attorney, United States Department of Justice, and Nancy Langston, Assistant United States Attorney, on behalf of Thomas E. Scott, United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, Florida 33132, as attorneys of record for Plaintiff, the United States of America, in the above-referenced matter. Please forward copies of all pleadings, correspondence, etc. to undersigned counsel.

Dated: March 27, 2000

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

JAMES A. MITZELFELD
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C.  20044
PHONE:  (202) 307-0050
FAX:  (202) 514-8742
EMAIL: James.Mitzelfeld@usdoj.gov

By: *Nancy Langston*
NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned #A5500437
PHONE:  (305) 961-9012
FAX:  (305) 530-7139

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that as of the date of this Notice being filed, none of the Defendants have been served and no attorney has filed a notice of appearance on behalf of any of the Defendants. A true and correct copy of the foregoing will be mailed to opposing counsel as soon as Plaintiff receives notice of their appearance.

By: *Nancy Langston*
Nancy Langston
Assistant U.S. Attorney

2