UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6212-CIV-GOLD/SIMONTON



UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
GREETING CARD DEPOT, INC.,        )
     a Florida corporation;       )
WILLIAM MORAN, individually, and  )
     as an officer of the         )
     corporation; and             )
ROBERT RUNTE, individually,       )
                                  )
          Defendants.             )
_____)

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, United States of America (the "government"), moves the Court to enter a dismissal without prejudice of the above-captioned action. Despite reasonable efforts, the government has not been able to effect service of the Complaint upon the defendants. The corporate defendant, Greeting Card Depot, Inc., appears to no longer be operating at any of the addresses at which it did business prior to the filing of the Complaint. The government's investigation has not been able to determine the whereabouts of the individual defendants to effect service of process. For the Court's convenience, a copy of a proposed order of dismissal without prejudice is submitted herewith.

Dated this 30th day of July, 2000.

Respectfully submitted,

Of Counsel:

EILEEN HARRINGTON
Associate Director for
 Marketing Practices
Federal Trade Commission
Washington, D.C. 20580


CRAIG TREGILLUS
Attorney
Federal Trade Commission
Washington, D.C. 20580
PHONE: (202) 326-2970
FAX: (202) 326-3395

FOR THE UNITED STATES OF AMERICA:

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

THOMAS E. SCOTT
United States Attorney

By: /s/ Nancy Langston
NANCY LANGSTON
Assistant United States Attorney
Court Assigned No. A5500437
99 N.E. 4th Street, Suite 336
Miami, Florida 33132
Tel: 305-961-9012
Fax: 305-530-7139
Email: nancy.langston@usdoj.gov

/s/ N. Langston
for JAMES A. MITZELFELD
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: 202-307-0050
Fax: 202-514-8742
Email: james.mitzelfeld@usdoj.gov