UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED CIVIL CASE**

CASE NO. 00-6212-CIV-GOLD/SIMONTON

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
          v. ) **DISMISSAL WITHOUT**
) **PREJUDICE**
GREETING CARD DEPOT, INC., )
   a Florida corporation; )
WILLIAM MORAN, individually, and )
   as an officer of the )
   corporation; and )
ROBERT RUNTE, individually, )
)
      Defendants. )
)



FILED JUL 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The Court, having reviewed Plaintiff's Motion for Voluntary Dismissal Without Prejudice, hereby orders the above-captioned action dismissed without prejudice.

Dated this 31 day of July, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

